| | |
|---|---|
| Mitchell F. Boomer (Cal. Bar No. 121441) | |
| Robert I. Lockwood (Cal. Bar No. 259870) | |
| Janelle J. Sahouria (Cal. Bar No. 253699) | |

Mitchell F. Boomer (Cal. Bar No. 121441)
Robert I. Lockwood (Cal. Bar No. 259870)
Janelle J. Sahouria (Cal. Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: BoomerM@jacksonlewis.com
E-mail: Robert.Lockwood@Jacksonlewis.com
E-mail: Janelle.Sahouria@Jacksonlewis.com

Attorneys for Defendant
INFORMATION RESOURCES, INC.

Bryan Schwartz (Cal. Bar No. 209903)
Logan Starr (Cal. Bar No. 305598)
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, California 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
E-mail: bryan@bryanschwartzlaw.com
E-mail: logan@bryanschwartzlaw.com

Attorneys for Individual and Representative
Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IRAM BAKHTIAR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INFORMATION RESOURCES, INC, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:17-cv-04559-JST <br><br> CLASS ACTION & COLLECTIVE ACTION <br><br> [PROPOSED] STIPULATED RULE 502(d) ORDER <br><br> Complaint Filed: August 9, 2017 <br> Trial Date: None Set |

Based upon the entire record of proceedings herein and in particular on the stipulation of the parties, IT IS HEREBY ORDERED THAT:

---

1     Case No. 3:17-cv-04559-JST
[PROPOSED] STIPULATED RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO STIPULATED.**

Dated: March 8, 2018                            BRYAN SCHWARTZ LAW

                                                By:    /s/ Logan Starr
                                                       Bryan Schwartz
                                                       Logan Starr
                                                       Attorneys for Individual and Representative
                                                       Plaintiff IRAM BAKHTIAR and the Putative
                                                       Class

Dated: March 8, 2018                            JACKSON LEWIS P.C.

                                                By:    /s/ Mitchell F. Boomer
                                                       Mitchell F. Boomer
                                                       Robert I. Lockwood
                                                       Janelle J. Sahouria
                                                       Attorneys for Defendant
                                                       INFORMATION SERVICES, INC.

**IT IS SO ORDERED.**

Dated: March 12, 2018                           _____
                                                HON. JON S. TIGAR
                                                UNITED STATES DISTRICT JUDGE