BRYAN SCHWARTZ LAW
BRYAN SCHWARTZ (SBN 209903)
180 Grand Avenue, Suite 1380
Oakland, California 94612
Tel. (510) 444-9300
Fax (510) 444-9301
Email: bryan@bryanschwartzlaw.com

*Attorneys for Plaintiff Iram Bakhtiar*
*Individually and all others similarly situated*

Mitchell F. Boomer (State Bar No. 121441)
Fraser A. McAlpine (State Bar No. 248554)
Janelle J. Sahouria (State Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Mitchell.Boomer@jacksonlewis.com
E-mail: Fraser.McAlpine@jacksonlewis.com
E-mail: Janelle.Sahouria@jacksonlewis.com

*Attorneys for Defendant*
*INFORMATION RESOURCES, INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAM BAKHTIAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INFORMATION RESOURCES, INC.,<br><br>Defendant. | Case No. 3:17-cv-04559-JST<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL PENDING DEADLINES; [proposed] ORDER**<br><br>The Hon. Jon S. Tigar<br><br>First Amended Complaint: October 13, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Iram Bakhtiar, individually, and on behalf of others similarly situated (collectively, "Plaintiffs") and Defendant Information Resources, Inc., by and through their respective counsel, have agreed to the material terms of a settlement of this entire action as to all parties.

The Parties respectfully request that the Court vacate all pending deadlines and hearing dates in light of the impending Settlement, a long-form version of which they expect to execute within the next week. The Plaintiffs intend to file a motion for preliminary approval of the class action settlement within 45 days.

Respectfully submitted,

| | |
|---|---|
| BRYAN SCHWARTZ LAW | JACKSON LEWIS P.C. |
| /s/ Bryan Schwartz | /s/ Fraser McAlpine |
| Bryan Schwartz | Mitchell F. Boomer |
| *Attorney for Plaintiff* | Fraser A. McAlpine |
| | Janelle J. Sahouria |
| | *Attorneys for Defendant* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Joint Statement submitted by Plaintiff Iram Bakhtiar has been obtained from the other signatories therein.

Dated: May 13, 2019                         /s/ Bryan Schwartz
                                                            Bryan Schwartz

**[proposed] ORDER**

Pursuant to the stipulation of the parties concerning the impending settlement, it is SO ORDERED. All deadlines concerning this case are vacated, with the expectation of a preliminary approval motion concerning a class settlement within 45 days of the date of this Order.

DATE:_____              _____
                                  Hon. Jon S. Tigar
                                  United States District Court