BRYAN SCHWARTZ LAW
Bryan Schwartz (SBN 209903)
Samuel Goldsmith (SBN 320471)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
         samuel@bryanschwartzlaw.com

*Attorneys for Individual and Representative Plaintiff and the Putative Class*

JACKSON LEWIS P.C.
Mitchell F. Boomer (SBN 121441)
Fraser A. McAlpine (SBN 248554)
Janelle J. Sahouria (SBN 253699)
50 California Street, Ninth Floor
Tel. (415) 394-9400
Fax (415) 394-9401
Email: boomerm@jacksonlewis.com
         fraser.mcalpine@jacksonlewis.com
         janelle.sahouria@jacksonlewis.com

*Attorneys for Defendant Information Resources, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRAM BAKHTIAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INFORMATION RESOURCES, INC., and DOES 1 through 50, inclusive,<br>Defendants. | Case No. 3:17-cv-04559-JST<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS, DOCKET #110**<br><br>Hon. Jon S. Tigar |

Plaintiff IRAM BAKHTIAR ("Plaintiff") and Defendant INFORMATION RESOURCES, INC. ("Defendant"), by and through their respective counsel of record, herein agree and stipulate as follows:

<u>RECITALS</u>

1. Whereas the hearing on Plaintiff's Motion for Preliminary Approval is currently scheduled for August 8, 2019 at 2:00 p.m.

2. Whereas Plaintiff now has a scheduling conflict on August 8, 2019.

3. Whereas Defendant has no objection to holding the hearing on August 22, 2019 at 2:00 p.m.

<u>STIPULATION</u>

Based on recitals above, Plaintiff and Defendant hereby agree and stipulate that the hearing on Plaintiff's Motion for Preliminary Approval will take place on August 22, 2019 at 2:00 p.m. or as soon thereafter as the Court can hear the matter.

IT IS SO STIPULATED:

Dated: July 17, 2019                              BRYAN SCHWARTZ LAW

                                                  By: _____/s/ Bryan Schwartz_____
                                                       Bryan Schwartz (SBN 209903)
                                                       *ATTORNEYS FOR PLAINTIFF*

Dated: July 17, 2019                              JACKSON LEWIS P.C.

                                                  By: _____
                                                       Janelle J. Sahouria (SBN 253699)
                                                       *ATTORNEYS FOR DEFENDANT*

- 2 -

Joint Stipulation to
Continue Preliminary Approval
of Class Action Settlement
and Certification of Settlement Class
3:17-cv-04559-JST

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the Joint Stipulation submitted by Plaintiff Iram Bakhtiar has been obtained from the other signatory therein, Janelle J. Sahouria, attorney for Defendants in this matter.

Dated: July 17, 2019

*/s/ Bryan Schwartz*
Bryan Schwartz

- 3 -

Joint Stipulation to
Continue Preliminary Approval
of Class Action Settlement
and Certification of Settlement Class
3:17-cv-04559-JST

**[proposed] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that:

The hearing on Plaintiff's Motion for Preliminary Approval will take place on August 22, 2019 at 2:00 p.m.

Dated: July 18, 2019   By:

_____
The Honorable Jon S. Tigar
Judge of the United States District Court

- 4 -

Joint Stipulation to
Continue Preliminary Approval
of Class Action Settlement
and Certification of Settlement Class
3:17-cv-04559-JST